**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7919**

---

WINFIELD DACOST SPEEDE,

                              Plaintiff - Appellant,

        versus

BARBRA GIBSON, Supervisor,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-01-526)

---

Submitted: February 14, 2002        Decided: February 27, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Winfield Dacost Speede, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Winfield Dacost Speede appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Speede v. Gibson, No. CA-01-526 (E.D. Va. Oct. 29, 2001). We deny Speede's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED